**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Nichole Jordan, Lyndon Joyner, and John Doe,
Defendants,

Of whom Nichole Jordan is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-000286

———————————

Appeal From Florence County
Timothy H. Pogue, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-474
Submitted November 9, 2018 – Filed December 19, 2018

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Frank Clayton Swaggard, of Wukela Law Office, of Florence, as the Guardian ad litem for Appellant.

Stuart Wesley Snow, Sr., of Dusenbury, Snow & Evans, of Florence, for the Guardian ad Litem for the children.

———————

**PER CURIAM:**  Nicole Jordan appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Jordan's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.